# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127911(55)

MELISSA KLEIN, as Personal Representative of
the Estate of MATTHEW CONKLIN, Deceased,
      Plaintiff-Appellant,

v

RICHARD KIK, JR., M.D.,
      Defendant-Appellee,

and

BRONSON HOSPITAL d/b/a BRONSON
MEDICAL HEALTH CENTER,
      Defendant.
_____/

SC: 127911
COA: 250679
Kalamazoo CC: 00-000534-NH

On order of the Court, the motion for reconsideration of this Court's order of October 20, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY and MARKMAN, JJ., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

_____
Clerk

d0123